**Order issued November 17, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-20-00276-CR**

—————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN SANTILLANA, Appellee**

—————————————

**NO. 01-20-00277-CR**

—————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN SANTILLANA, Appellee**

—————————————

**NO. 01-20-00338-CR**

—————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**ARMEESE SHANTELL BLOUNT, Appellee**

_____

**NO. 01-20-00339-CR**

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ARMEESE SHANTELL BLOUNT, Appellee**


_____

**NO. 01-20-00340-CR**

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**DARNELL DEVON KNIGHTEN, Appellee**

_____

**NO. 01-20-00341-CR**

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JARED FOLLMER, Appellee**


_____

**NO. 01-20-00342-CR**

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JEREMEY FRANCOIS RUTHERFORD, Appellee**

_____

## NO. 01-20-00343-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**TRENT SANDERS SMITH, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case Nos. 2288876, 2288877, 2293064, 2151871, 2294710, 2297162,**
**2295115, 2295129**

---

### ORDER ON MOTIONS FOR EN BANC RECONSIDERATION

On this day, the Court considered the Motions for En Banc Reconsideration

filed by Appellees in the above-referenced cases. The motions are **DENIED**.

It is so **ORDERED**.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly,
Goodman, Landau, Hightower, Countiss, and Adams.

Do not publish. TEX. R. APP. P. 47.2(b).